### COLLINS et al. v. TOWNSEND.

Court of Common Pleas. Sussex. April, 1797.

*Clayton's Notebook, 19.*

In this case the Court, on motion of *Miller*, for the plaintiffs, permitted the writ and declaration to be amended by striking out the names of two of the plaintiffs, on payment of the costs of the term.